IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 07-421 |
| v. | : | |
| | : | CIVIL ACTION |
| TYREE WAY | : | NO. 08-4288 |

ORDER

AND NOW, this 31st day of December, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Tyree Way to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED; and

(2) a certificate of appealability is not issued.

BY THE COURT:

/s/ Harvey Bartle III
C.J.